**Louis Ferrer ASEJO, Plaintiff–
Appellant,**

v.

**John E. POTTER, U.S. Postal Service
Postmaster General,\* Defendant–
Appellee.**

No. 00–16363.

D.C. No. CV–99–01559–SI.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 13, 2001 **.

Decided Aug. 28, 2001.

Before HAWKINS, TASHIMA, and GOULD, Circuit Judges.

MEMORANDUM ***

Louis F. Asejo appeals pro se the district court's judgment dismissing his action

---

* John E. Potter is substituted for William Henderson, U.S. Postal Service Postmaster General, pursuant to Fed. R.App. P. 43(c)(2).

** Because we unanimously find this case suitable for decision without oral argument, we deny Asejo's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

under Fed.R.Civ.P. 12(b)(6) for failure to state a claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's Fed.R.Civ.P. 12(b)(6) dismissal, *see Monterey Plaza Hotel, Ltd. v. Local 483*, 215 F.3d 923, 926 (9th Cir.2000), and we affirm for the reasons stated in the district court's order dismissing the action without leave to amend filed June 19, 2000.

Asejo's request to enter evidence filed May 2, 2001, is denied.

AFFIRMED.

courts of this circuit except as may be provided by 9th Cir. R. 36–3.